AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Fish, Allen J. | 2. Court or Organization<br><br>United States District Court, Northern District of Texas | 3. Date of Report<br><br>05/14/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>1100 Commerce Street<br>Suite 1404<br>Dallas, Texas 75242 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2014 | SMU Dedman School of Law - teaching for spring and fall terms |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fish, Allen J. | 05/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | SMU Dedman School of Law - teaching | $80,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fish, Allen J. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Texas Federal Credit Union Accounts, Dallas, TX | A | Dividend | M | T | | | | | |
| 2. IRA #1 | | | | | | | | | |
| 3. -Vanguard Total Stock Mkt Index Fund (VTSMX) | A | Dividend | J | T | | | | | |
| 4. -Vanguard Inflation Protected Securities Fund (VIPSX) | A | Dividend | J | T | | | | | |
| 5. IRA #2 | | | | | | | | | |
| 6. -Vanguard Total Stock Mkt VIPERS (VTI) | A | Dividend | J | T | | | | | |
| 7. -iShares TIPS Bond Fund (TIP) | A | Dividend | J | T | | | | | |
| 8. -iShares EAFE Index Trust (EFA) | A | Dividend | J | T | | | | | |
| 9. -Vanguard REIT VIPERS (VNQ) | A | Dividend | J | T | | | | | |
| 10. -SPDR Select Sector-Energy (XLE) | A | Dividend | J | T | | | | | |
| 11. -American Century Int'l Bond Fund (BEGBX) | A | Dividend | J | T | Sold (part) | 04/17/14 | J | A | |
| 12. -iShares Russell 1000 Value Trust (IWD) | A | Dividend | J | T | Sold (part) | 04/17/14 | J | A | |
| 13. -iShares Russell 2000 Value Trust (IWN) | A | Dividend | J | T | Sold (part) | 04/17/14 | J | A | |
| 14. -iShares EAFE Value Index Trust (EFV) | A | Dividend | J | T | Sold (part) | 04/17/14 | J | A | |
| 15. -Vanguard Emerging Markets VIPERS (VWO) | A | Dividend | J | T | Sold (part) | 04/17/14 | J | A | |
| 16. -SPDR Gold Trust Gold Shares (GLD) | | None | | | Sold | 04/17/14 | J | A | |
| 17. -Berkshire Hathaway Class B (BRK/B) | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fish, Allen J. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #3 | | | | | | | | | |
| 19. -Vanguard Total Stock Mkt VIPERS (VTI) | A | Dividend | | | Sold | 04/02/14 | J | A | |
| 20. -iShares TIPS Bond Fund (TIP) | A | Dividend | | | Sold | 04/02/14 | J | A | |
| 21. -iShares EAFE Index Trust (EFA) | A | Dividend | | | Sold | 04/02/14 | J | A | |
| 22. -Vanguard REIT VIPERS (VNQ) | A | Dividend | | | Sold | 04/02/14 | J | A | |
| 23. -SPDR Select Sector-Energy (XLE) | A | Dividend | | | Sold | 04/02/14 | J | A | |
| 24. -iShares FTSE Xinhua China 25 (FXI) | A | Dividend | | | Sold | 04/02/14 | J | A | |
| 25. -Berkshire Hathaway Class B (BRK/B) | | None | J | T | Buy | 04/03/14 | J | | |
| 26. Exxon Mobil Common Stock (XOM) | B | Dividend | K | T | | | | | |
| 27. Voya Financial, Inc. deferred annuity | B | Interest | K | T | | | | | |
| 28. Athene Life & Annuity Company deferred annuity | D | Interest | M | T | | | | | |
| 29. Charles Schwab Bank Accounts | A | Interest | L | T | | | | | |
| 30. Oxford Life Insurance Company deferred annuity | C | Interest | M | T | | | | | |
| 31. IRA #4 | | | | | | | | | |
| 32. -Schwab Money Market Fund | A | Dividend | J | T | Buy | 07/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The items reported in paragraph VII(1) and (29) are credit union and bank accounts. Detailed transactional data are not being provided in accordance with the instructions.

2. The proceeds of the sales reported in paragraphs VII(11), (12), (13), (14), (15), and (16) were paid from this account as a minimum distribution required by the Internal Revenue Code.

3. The item reported in paragraph VII(25) was purchased with the proceeds of the sales reported in paragraphs VII(19), (20), (21), (22), (23), and (24).

4. The names of the issuers of the deferred annuities reported in paragraphs VII(27) and (28) were changed after the previous annual report: ING USA Annuity and Life Insurance Company became Voya Financial, Inc., and Aviva Life & Annuity Company became Athene Life & Annuity Company.

5. As noted in the previous annual report, the securities in the account designated as IRA #1 were sold and the proceeds used to purchase a deferred annuity issued by Oxford Life Insurance Company. Because that account (IRA #1) no longer exists, the remaining IRA accounts (designated #2, #3, and #4 in the previous annual report), have been renumbered #1, #2, and #3 in this report.

6. The item reported in paragraph VII(32) was purchased with an annual IRA contribution for 2014.

7. The item reported in paragraph VII(1) has a larger gross value at the end of the reporting period than the corresponding entry in the previous annual report due to a lump sum settlement of a claim for backpay and interest arising out of a lawsuit styled Barker v. United States.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Allen J. Fish**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544